IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY CORPORAL,

   Plaintiff,

  v.                                              Civil Action No.:  DKC-20-1193

LT. J. SMITH,
NURSE D. SHOWALTER,
WARDEN WEBER,
COMMISSIONER HILL,
SECRETARY R. GREEN,

   Defendants.

## MEMORANDUM OPINION AND ORDER

Pending are Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 9), Plaintiff's motion for partial summary judgment (ECF No. 10), and Defendants' motion for extension of time (ECF No. 14).  On August 10, 2020, this court issued an order that granted Plaintiff's motion for leave to proceed *in forma pauperis*.  (ECF No. 8).  The current pending motion will therefore be denied as moot.

Plaintiff's motion for partial summary judgment seeks judgment in Plaintiff's favor as to the alleged actions taken by Defendant Lt. J. Smith.  (ECF No. 10).  Lt. Smith was only recently served and has not yet responded to the complaint, or to the motion.  Until he has had an opportunity to do so, the motion will not be considered.

Defendants' seek an extension of time to and including November 9, 2020, to respond to the complaint.  (ECF No. 14).  Having demonstrated good cause in support of the motion, it will be granted.

Accordingly, it is this 21st day of October, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 9) IS DENIED as moot;

2. Plaintiff's motion for partial summary judgment (ECF No. 10) IS DEFERRED;

3. Defendants' motion for extension of time (ECF No. 14) IS GRANTED to and including November 9, 2020; and

4. The Clerk IS DIRECTED to mail a copy of this Order to Plaintiff and to transmit same to counsel of record.

          _____/s/_____
DEBORAH K. CHASANOW
United States District Judge